AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br><br>ASHLEY MADDOX<br><br><br>*Defendant(s)* | ) ) ) ) Case No. **1: 17 MJ 0 0 1 0 4 SAB**<br>) )<br>) )<br>) ) |

FILED
JUN 16 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
    DEPUTY CLERK

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __11/5/2015 -11/13/2015__ in the county of __Fresno__ in the __Eastern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2251 (a) | Sexual exploitation of children |
| Title 18, United States Code, Section 2252(a)(2) | Distribution of material involving the sexual exploitation of minors |

This criminal complaint is based on these facts:

See attached affidavit of Homeland Security Investigations Special Agent Timothy Kotman which is incorporated by this reference.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Timothy Kotman - Special Agent, U.S. HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 6/15/17

_____
*Judge's signature*

City and state: Fresno, California

Stanley A. Boone - United States Magistrate
*Printed name and title*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMLAINT AGAINST**
**ASHLEY MADDOX**

I, Timothy Kotman, being duly sworn, hereby state as follows:

1. I am employed as a Special Agent with United States Homeland Security Investigations (HSI), presently assigned to the Office of the Resident Agent in Charge, Fresno, California (RAC/Fresno). I have been employed as an HSI Special Agent for over 7 years. I am a graduate of the Federal Law Enforcement Training Center's Criminal Investigator Training Program and the Immigration and Customs Enforcement Special Agent Training Program, where I received extensive training in the investigation of child pornography crimes. Prior to becoming an HSI Special Agent, I was employed as a Criminal Investigator for the California Environmental Protection Agency. In addition to my training at FLETC, I received my Bachelor and Master degrees from California State University, Fresno and my California Peace Officer Standard Training Specialized Investigator's Basic Course Certificate from the Yuba City Police Academy. Some of my duties as an HSI Special Agent include investigating criminal violations relating to child exploitation and child pornography including violations related to the illegal production, distribution and receipt, and possession of child pornography, in violations of 18 U.S.C. §§ 2251 and 2252. In addition to the training in the area of child pornography and child exploitation that I have received, I have observed and reviewed numerous

1

examples of child pornography and visual depictions of minors engaged in sexually explicit conduct (as defined in 18 U.S.C. § 2256) in all forms of media, including digital media on computers and phones.

2. This affidavit supports a criminal complaint against Ashley MADDOX for violating the following federal statutes:

a.) 18 U.S.C. § 2251(a), which makes it a crime for anyone to knowingly employ, use, persuade, induce, entice, or coerce any minor to engage in, or have a minor assist any other person to engage in, any sexually explicit conduct for the purpose of producing any visual depiction of such conduct if the person knows or has reason to believe that the visual depiction will be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed; and

b.) 18 U.S.C. § 2252(a)(2), which makes it a crime to knowingly receive or distribute any visual depiction using any means or facility of interstate or foreign commerce or that has been mailed, shipped, or transported in interstate or foreign commerce, or which contains materials which have been mailed, shipped, or transported in interstate or foreign commerce by any means, including by computer if the producing of such visual depiction involves the use of a minor engaging in sexually explicit conduct and the depiction is of such conduct.

3. The information contained in this affidavit is based upon my personal observations, training and experience, and where noted, information related to me by other law enforcement officers and/or agents.

4. On June 5, 2017, HSI Fort Pierce Special Agent Brian Ray contacted me and provided me with information about an individual he believed lived in the Madera area who had produced child pornography. SA Ray said he had obtained this information while doing a forensic examination of a computer which belonged to Scott Trader, a subject of SA Ray's investigation. According to SA Ray, HSI Fort Peirce had received information, from HSI Winston-Salem, which indicated that Trader was involved in the production and distribution of child pornography. Using the information from HSI Winston-Salem, HSI Fort Pierce obtained and executed a search warrant at Scott Trader's residence located at 1189 SW Edinburgh Drive, Port St. Lucie, Florida.

5. During a search of the Trader's residence, agents found two cell phones, several media cards, and a hard drive hidden in the base of a DVD storage cabinet. During a forensic review of the items taken form Trader's home, SA Ray found files of child pornography mixed with files of adult pornography, all of which appeared to involve a female, later identified as Ashley MADDOX.

6. Using the information obtained from HSI Fort Pierce, the Madera County Sheriff's Office (MCSO) was able to obtain a state search warrant for MADDOX's residence which is located at 28368 Road 400, Madera, CA 93636. This warrant was executed on June 5, 2017, by MCSO and HSI Fresno. When investigators went to the door, they were met by Cameron Hall, MADDOX and Confidential Victim #1 (CV#1).

7. After the residence was secured, MCSO Detective Richard Gutierrez and I sat down with MADDOX. MADDOX was advised of her Miranda rights and verbally waived them and agreed to speak with us. MADDOX said she was not aware of

anyone taking any photos of her daughter and stated she had never touched her inappropriately. During this brief interview, I observed a distinctive half heart shaped tattoo and a distinctive writing on the thigh of MADDOX, which I had previously observed in the files containing child pornography provided by HSI Fort Peirce. I also recognized CV#1 as the child depicted in these same files. When I told MADDOX about the tattoos in the files, she stated that she did not want to talk to anymore and the interview was terminated.

8. After the search warrant, I reviewed the files provided by HSI Fort Peirce. In addition to the files of pornography, there were 3 screen shots of a conversation between an unknown individual and MADDOX. MADDOX used the screenname of Ash M, but in one of the messages she identifies herself as "Ashley MADDOX from Fresno, CA." and she further provides the email address of "amaddox1987@gmail.com". It should be further noted that icon for the chats has MADDOX's photo and appears next to each message.

9. In other screen shots, MADDOX talks about her sexual attraction to several children. In one message she wrote, "So my ▮▮▮▮ is 7 (both of the girls are) mine is ▮▮▮▮ and my ▮▮▮ is ▮▮▮▮. Can you imagine the torment I go through with these two tiny, amazing pussies in my house!?" In another message she wrote "to be completely honest I've actually been a lot more attracted to ▮▮▮▮ recently. I want to lick your little ones pussy so bad but I love all that's happening with her right now" when talking to, presumably Trader, about his ▮▮▮▮, ▮▮▮▮.

4



*Above are screen shots from the messages found on a media card in Trader's home.*

10. HSI Fort Peirce agents found these messages with several files of MADDOX's ▇▇▇▇, Confidential Victim #1. In several of these files, CV#1 is fully nude and in one of those photos CV#1 is only visible from the middle of her chest to her knees. In this photo CV#1 is facing towards the camera and her vagina is visible. There is also a video file in which CV#1 is fully nude in the beginning and during the short clip puts on a pair of underwear. During a portion of the previously described video involving CV#1, MADDOX's thigh drifts into the video and it appears she is the one taking the video. I know it is MADDOX's thigh because of distinctive tattoos MADDOX's has on her thigh.

11. In addition to these files there is a series of photos and a video in which it appears that CV#1 is asleep. In all of these photos and video, CV#1 is wearing pink polka dotted shorts, light blue underwear and a pink top.

5

In one of the photos CV#1's shorts are pulled to the side and CV#1's underwear is visible. The primary focus of this photo is CV#1's vagina. In another video, an adult finger is run along CV#1's vagina over her shorts. In addition to these videos and photos, there is a photo showing CV#1 sleeping in the same clothing and laying on the same blankets depicted in the sexual abuse video and images.

12. In one of the photos belonging to the aforementioned series, MADDOX's hand is seen pulling up the shirt of CV#1's back. CV#1's bare back can be seen and the shorts and shirts that are seen in the other files containing the sexual exploitation of the CV#1. I believe it is MADDOX's hand because of a distinctive half heart shaped tattoo with the words "LIL SIS" which can be clearly seen on her hand.

13. Based on the messages sent by MADDOX, I believe the images and videos described in the paragraphs above depict the sexual exploitation of CV#1, and since the files were found in Port St. Lucie, Florida, I believe that MADDOX distributed the images of sexual exploitation, which she created, to Trader during an online interaction with him.

14. On the basis of the information contained in this affidavit, it is my belief that there is probable cause to conclude that Ashley MADDOX has committed violations of the following two statutes:

a.) 18 U.S.C. § 2251, which makes it a crime for anyone to knowingly employ, use, persuade, induce, entice, or coerce any minor to engage in, or have a minor assist any other person to engage in, any sexually explicit conduct for the purpose of producing any visual depiction of such conduct if the person knows or has reason to

believe that the visual depiction will be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed; and

    b.) 18 U.S.C. § 2252(a)(2), which makes it a crime to knowingly receive or distribute any visual depiction using any means or facility of interstate or foreign commerce or that has been mailed, shipped, or transported in interstate or foreign commerce, or which contains materials which have been mailed, shipped, or transported in interstate or foreign commerce by any means, including by computer if the producing of such visual depiction involves the use of a minor engaging in sexually explicit conduct and the depiction is of such conduct.

    15. Because this affidavit is written solely for the purpose of establishing probable cause for issuance of a criminal complaint, not every fact related to this investigation has been included.

I declare under penalty of perjury under the laws of the United States that the information above in paragraphs 1-24 is true and correct.

_____
Timothy Kotman, Special Agent
Homeland Security Investigations

Sworn to before me, and subscribed in my presence,
This __15th__ day of June 2017.

_____
Honorable Stanley A. Boone
United States Magistrate Judge