| | |
|---|---|
| PHILLIP A. TALBERT<br>United States Attorney<br>DAVID GAPPA<br>Assistant United States Attorney<br>2500 Tulare Street, Suite 4401<br>Fresno, Ca 93721<br>Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099<br><br>Attorneys for Plaintiff<br>United States of America | |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>ASHLEY MADDOX,<br><br>               Defendant. | Case No: 1:17-MJ-00104-SAB<br><br>**STIPULATION BETWEEN THE UNITED STATES AND DEFENDANT REGARDING DATE OF PRELIMINARY HEARING**<br><br>Ctrm:        10<br><br>Hon.       Erica P. Grosjean |

     The court has scheduled this case for a preliminary hearing on July 7, 2017, at 2:00 p.m. The government has prepared an indictment that it intends to present to a grand jury panel. Although the government is ready to make its presentation, no other matters are scheduled for the same panel this week. The government could request that a quorum of the panelists travel to Fresno to consider the proposed indictment, but as a matter of efficiency for those people (some of who must travel considerable distances), as well as the court, the government sees an opportunity to conserve resources by presenting the proposed indictment next week when other matters will also be presented.

1

The defendant has been ordered detained, and defense counsel graciously has agreed to continue the preliminary hearing date to July 13, 2017, at 2:00 p.m. The government is submitting a separate proposed protective order which, when issued and filed, will permit the government to provide discovery. In addition, the parties anticipate meeting this Friday afternoon to discuss matters related to this prosecution. So overall there should be no hindrance to the progress of this prosecution by changing the date of the next court appearance, and the parties request that the court approve the brief continuance and reschedule the preliminary hearing for July 13, 2017, at 2:00 p.m. before the duty magistrate judge.

IT IS SO STIPULATED.

Dated: July 5, 2017　　　　　　　　　　　　　　By: /s/ Megan Hopkins
　　　　　　　　　　　　　　　　　　　　　　　Megan Hopkins
　　　　　　　　　　　　　　　　　　　　　　　Attorney for defendant
　　　　　　　　　　　　　　　　　　　　　　　Ashley Maddox

Dated: July 5, 2017　　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　　By: /s/ David Gappa
　　　　　　　　　　　　　　　　　　　　　　　David Gappa
　　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

IT IS SO ORDERED. The preliminary hearing will now take place at 2:00 p.m. on July 13, 2017, before the duty magistrate judge.

IT IS SO ORDERED.

　　Dated: __**July 5, 2017**__　　　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

2